SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
S. Todd Neal, SBN 174827
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendant, CHRISTOPHER BRENT BELAIRE

FILED
OCT - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM MCCURINE)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER BRENT BELAIRE, <br><br> Defendant. | Case No. '06 CR 0116 H <br><br> **[PROPOSED] ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond be exonerated and the following real property, located at 1151 Santa Helena Park Court, Solana Beach, California 92075, be released and reconveyed to Christopher B. Belaire at 1151 Santa Helena Park Court, Solana Beach, California 92075.

**SO ORDERED.**

Dated: October 5, 2006

By: _____
William McCurine
United States Magistrate Judge

::ODMA\PCDOCS\PCDOCS\262148\1         -1-

ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED